# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 25, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1734. WORTHEM v. ALLEN.

This Court has reviewed the motion entitled "Consent Dismissal of Appeal" filed by Appellant Sonya Worthem and Appellee Gordon Allen. The motion to dismiss the appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/25/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*